# Exhibit A

# United States Patent Office

**800,653**
Registered Dec. 21, 1965

## PRINCIPAL REGISTER
### Trademark

Ser. No. 215,471, filed Mar. 31, 1965

## YANMAR

Yanmar Diesel Engine Co., Ltd. (Japanese corporation)
62 Chayamachi
Kita-ku, Osaka, Japan

For: DIESEL ENGINES, PARTS THEREOF AND ACCESSORIES THEREFOR, in CLASS 23.
Owner of Japanese Reg. No. 364,768, dated May 14, 1946; and U.S. Reg. No. 792,126.

W. J. PARKER, *Examiner.*

# United States Patent Office

**927,224**
**Registered Jan. 18, 1972**

## PRINCIPAL REGISTER
### Trademark

Ser. No. 341,970, filed Oct. 28, 1969

# YANMAR

Yanmar Diesel Engine Co., Ltd. (Japanese corporation)
62 Chaya-Machi
Kita-ku, Osaka, Japan

For: AGRICULTURAL MACHINES AND IM-PLEMENTS AND PARTS THEREOF, in CLASS 23 (INT. CL. 7).

Owner of Japanese Reg. No. 682,388, dated July 28, 1965; and U.S. Reg. Nos. 726,216 and 800,653.

G. R. LEADER, Examiner

Int. Cl.: 7

Prior U.S. Cl.: 23

**United States Patent Office**

Reg. No. 1,019,852

Registered Sept. 9, 1975

## TRADEMARK
### Principal Register

## *YANMAR*

Yanmar Diesel Engine Co., Ltd. (Japanese corporation)
62, Chayamachi
Kita-ku, Osaka, Japan

For: CONSTRUCTION AND CIVIL ENGINEER-ING MACHINES AND INSTRUMENTS—NAMELY, BULLDOZERS, OIL SCRAPERS, GRADERS, ROAD AND GARDEN ROLLERS, TAMPING MACHINES, MIXING MACHINES, ASPHALTING MACHINES, CRANES, CRUSHERS, DIGGING MACHINES, DIS-INTEGRATORS, PILING PRESSES, POWER SHOVELS, CONVEYORS AND WINCHES AND STRUCTURAL PARTS AND ATTACHMENTS THEREFOR—in CLASS 7 (U.S. CL. 23).

Owner of Japanese Reg. No. 682,388, dated July 28, 1965, and U.S. Reg. Nos. 800,653 and 927,224.

Ser. No. 23,402, filed June 5, 1974.

CHARLES R. FOWLER, Supervisory Examiner

GARY KRUGMAN, Examiner

Int. Cl.: 7

Prior U.S. Cl.: 23

## United States Patent Office

Reg. No. 1,019,852

Registered Sept. 9, 1975

## TRADEMARK
### Principal Register

## *YANMAR*

Yanmar Diesel Engine Co., Ltd. (Japanese corporation)
62, Chayamachi
Kita-ku, Osaka, Japan

For: CONSTRUCTION AND CIVIL ENGINEER-
ING MACHINES AND INSTRUMENTS—NAMELY,
BULLDOZERS, OIL SCRAPERS, GRADERS, ROAD
AND GARDEN ROLLERS, TAMPING MACHINES,
MIXING MACHINES, ASPHALTING MACHINES,
CRANES, CRUSHERS, DIGGING MACHINES, DIS-
INTEGRATORS, PILING PRESSES, POWER
SHOVELS, CONVEYORS AND WINCHES AND
STRUCTURAL PARTS AND ATTACHMENTS
THEREFOR—in CLASS 7 (U.S. CL. 23).

Owner of Japanese Reg. No. 682,388, dated July 28,
1965, and U.S. Reg. Nos. 800,653 and 927,224.

Ser. No. 23,402, filed June 5, 1974.

CHARLES R. FOWLER, Supervisory Examiner

GARY KRUGMAN, Examiner

Int. Cl.: 7

Prior U.S. Cl.: 23

**United States Patent and Trademark Office**
10 Year Renewal

Reg. No. 1,019,852
Registered Sep. 9, 1975
Renewal Term Begins Sep. 9, 1995

## TRADEMARK
## PRINCIPAL REGISTER

# YANMAR

YANMAR DIESEL ENGINE CO., LTD.
(JAPAN CORPORATION)
62, CHAYAMACHI
KITA-KU, OSAKA, JAPAN

OWNER OF JAPAN REG. NO. 682388, DATED 7–28–1965.
OWNER OF U.S. REG. NOS. 800,653 AND 927,224.

FOR: CONSTRUCTION AND CIVIL ENGINEERING MACHINES AND INSTRUMENTS—NAMELY, BULLDOZ-ERS, OIL SCRAPERS, GRADERS, ROAD AND GARDEN ROLLERS, TAMPING MACHINES, MIXING MACHINES, AS-PHALTING MACHINES, CRANES, CRUSHERS, DIGGING MACHINES, DIS-INTEGRATORS, PILING PRESSES, POWER SHOVELS, CONVEYORS AND WINCHES AND STRUCTURAL PARTS AND ATTACHMENTS THEREFOR, IN CLASS 7 (U.S. CL. 23).

SER. NO. 73–023,402, FILED 6–5–1974.



*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Dec. 12, 1995.*

COMMISSIONER OF PATENTS AND TRADEMARKS



# United States of America
## United States Patent and Trademark Office

# YANMAR

**Reg. No. 4,019,417**

**Registered Aug. 30, 2011**

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

YANMAR CO., LTD. (JAPAN CORPORATION)
1-32 CHAYAMACHI, KITA KU
OSAKA, JAPAN

FOR: TRACTORS; TRACTORS FOR AGRICULTURAL PURPOSES; UTILITY TRACTORS; COMPACT TRACTORS; SUB-COMPACT TRACTORS; CRAWLER TRACTORS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 0-0-1964; IN COMMERCE 3-0-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 800,653, 1,267,079 AND OTHERS.

SER. NO. 85-236,977, FILED 2-8-2011.

PAUL MORENO, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# YANMAR

**Reg. No. 4,019,424**
**Registered Aug. 30, 2011**

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

YANMAR CO., LTD. (JAPAN CORPORATION)
1-32 CHAYAMACHI, KITA KU
OSAKA, JAPAN

FOR: TRACTORS; TRACTORS FOR AGRICULTURAL PURPOSES; UTILITY TRACTORS; COMPACT TRACTORS; SUB-COMPACT TRACTORS; CRAWLER TRACTORS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 0-0-1964; IN COMMERCE 3-0-2004.

OWNER OF U.S. REG. NOS. 800,653, 1,267,079 AND OTHERS.

THE MARK CONSISTS OF THE STYLIZED WORD YANMAR.

SER. NO. 85-237,033, FILED 2-8-2011.

PAUL MORENO, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*  *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO.  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# YANMAR

**Reg. No. 4,415,210**

**Registered Oct. 8, 2013**

**Int. Cls.: 7 and 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

YANMAR CO., LTD. (JAPAN CORPORATION)
1-9, TSURUNOCHO, KITA-KU
OSAKA, JAPAN

FOR: MOTOR AND ENGINES EXCEPT FOR LAND VEHICLES; INDUSTRIAL ENGINES; MARINE ENGINES AND PARTS AND FITTINGS THEREOF; MACHINE PARTS, NAMELY, PISTON PIN BUSHING, PISTON FOR MACHINES, PISTON PIN, PISTON RING; FUEL FILTER; PUMPS AS PARTS OF MACHINES, MOTORS AND ENGINES; ELECTRIC GENERATORS; LOADING-UNLOADING MACHINES AND APPARATUS AND PARTS AND FITTINGS THEREOF; EARTH MOVING MACHINES, NAMELY, EXCAVATORS, WHEEL LOADER AND BACKHOES, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 0-0-1964; IN COMMERCE 0-0-1964.

FOR: MOTORS AND ENGINES FOR LAND VEHICLES; TRACTORS; TRACTORS FOR AGRICULTURAL PURPOSES; TRACKED CARRIERS, NAMELY, VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 0-0-1964; IN COMMERCE 0-0-1964.

THE MARK CONSISTS OF A STYLIZED WORD FOR "YANMAR".

SN 85-248,428, FILED 2-22-2011.

PAUL MORENO, EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date).  The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.  Please check the
USPTO website for further information.  With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,460,810**

**Registered Jan. 7, 2014**

**Int. Cls.: 7 and 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

YANMAR CO., LTD. (JAPAN CORPORATION)
1-9, TSURUNOCHO, KITA-KU
OSAKA, JAPAN

FOR: EARTH MOVING CONSTRUCTION MACHINES, NAMELY, EXCAVATORS AND BACKHOES; EARTH MOVING MACHINES, NAMELY, WHEEL LOADERS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FOR: TRACTORS; TRACTORS FOR AGRICULTURE, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

PRIORITY CLAIMED UNDER SEC. 44(D) ON JAPAN APPLICATION NO. 2011-064036, FILED 9-6-2011, REG. NO. 5481414, DATED 3-23-2012, EXPIRES 3-23-2022.

OWNER OF U.S. REG. NOS. 3,109,874 AND 3,261,439.

THE MARK CONSISTS OF THE LETTER "Y" IN STYLIZED FONT WITHIN CONCENTRIC OVALS PARTIALLY SUPERIMPOSED OVER CURVED LINES REPRESENTING AN ARCHED PATH TO CREATE A THREE-DIMENSIONAL EFFECT.

SER. NO. 85-485,405, FILED 12-1-2011.

DAVID YONTEF, EXAMINING ATTORNEY



Commissioner for Trademarks of the
United States Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL
> TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
> DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
> reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the
USPTO website for further information.   With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,248,345**

**Registered Jul. 25, 2017**

**Int. Cl.: 7, 9, 12, 16, 18, 21, 25, 28**

**Trademark**

**Principal Register**

YANMAR CO., LTD. (JAPAN CORPORATION)
1-9, Tsurunocho, Kita-ku
Osaka JAPAN

CLASS 7: Generators of electricity with waste heat utilization systems; agricultural machines, namely, combine harvesters, rice transplanters, binders, mobile threshers, rice hullers, power tillers, bush cutters, vegetable transplanters; lawnmowers; motors and engines for machines, other than for land vehicles, namely, diesel engines, gasoline engines, engines for marine vehicles, internal combustion engines not for land vehicles; pumps, namely, pump machines, gas heat pumps; generators of electricity, namely, diesel generators, gasoline generators, gas engine generators; construction machines and apparatus, namely, excavator, wheel loader, backhoe loaders; loading-unloading machines and apparatus, namely, front end loaders; construction machines and apparatus and loading-unloading machines and apparatus, namely, concrete construction machines, excavators, wheel loaders, power shovels, bulldozers, motorized all-terrain carriers, carriers being conveyor belts; snow plows; submergible automatic cleaners for fish farming nets

CLASS 9: Life jackets; Bicycle helmets; safety helmets; sports helmets; safety kneepads for workers; elbow pads for workers; Elbow protection against accidents, namely, elbow pads; Elbow protectors against accidents, namely, elbow pads; Safety boots against accidents; Sunglasses; Safety goggles; sports goggles; safety goggles for protection against dust; Gloves for protection against accidents; work gloves to protect against cold

CLASS 12: Motors and engines for land vehicles; Vessels and their structural parts and fittings, namely, pleasure boats, fishing boats; Tractors, including tractors for agriculture, Motorized all-terrain carriers, namely, motorized all-terrain vehicles for carrying agricultural goods and for construction work and forestry work

CLASS 16: shopping bags made of paper and shopping bags made of plastic

CLASS 18: Bags, namely, camping bags, sports bags, all-purpose carrying bags; Waist pouches; Backpacks

CLASS 21: Cotton work gloves; Rubber household gloves

CLASS 25: Jackets; Waterproof jackets; Jackets for fishermen; Jackets for fishing; Parkas; Anoraks; Coats; Down coats; Vests; Vests for fishing; Sweaters; Shirts; Dress shirts; Water imps, namely, raincoats; Waterproof yacht parkas; Pants; Fatigue pants; Jump suits; Salopettes; Working clothes for fishermen, namely, working overalls; Leggings; fishing waders; Earmuffs; Aprons; Neck warmers, namely, scarves; Arm warmers; Hats for keeping off the sun light; Caps; Knit hats; Hats; Hats for work; Boots; Rain shoes; Sneakers; Boat shoes; Work boots; Rubber boots; Waterproof boots for fishing; Gloves, namely, gloves to



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

protect against cold, namely, ski gloves; Winter gloves as clothing

CLASS 28: Bags for fishing, namely, fishing tackle bags; Elbow pads for sports; sports kneepads; safety kneepads for sports

OWNER OF JAPAN REG. NO. 5632623, DATED 11-22-2013, RENEWED AS REG. NO. 5632623 , EXPIRES 11-22-2023

OWNER OF JAPAN REG. NO. 5643684, DATED 01-17-2014, RENEWED AS REG. NO. 5643684 , EXPIRES 01-17-2024

OWNER OF JAPAN REG. NO. 5643757, DATED 01-17-2014, RENEWED AS REG. NO. 5643757 , EXPIRES 01-17-2024

OWNER OF JAPAN REG. NO. 5647958, DATED 02-07-2014, RENEWED AS REG. NO. 5647958 , EXPIRES 02-07-2024

OWNER OF JAPAN REG. NO. 5646173, DATED 01-31-2014, RENEWED AS REG. NO. 5646173 , EXPIRES 01-31-2024

OWNER OF JAPAN REG. NO. 5646174, DATED 01-31-2014, RENEWED AS REG. NO. 5646174 , EXPIRES 01-31-2024

OWNER OF JAPAN REG. NO. 5643756, DATED 01-17-2014, RENEWED AS REG. NO. 5643756 , EXPIRES 01-17-2024

The mark consists of a widely angled v-shape or chevron comprised of a thick solid line, with two thick solid lines parallel to each arm of the said v-shape thereunder. The letter "Y" is formed in the negative space between the shapes.

SER. NO. 85-877,979, FILED 03-15-2013
MATTHEW J MCDOWELL, EXAMINING ATTORNEY

<div style="border:1px solid black">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.