IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **YANMAR CO., LTD.** and **YANMAR AMERICA CORPORATION**, <br><br> *Plaintiffs*, <br><br> v. <br><br> **BAOLULI HAPPY** *et al.* <br><br> *Defendants*. | Civil Action No. 1:19-cv-5331-TCB |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Plaintiff, prior to service of an Answer or a motion for summary judgment by the Defendant, and dismisses this action without prejudice against the following Defendant(s) pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i):

- Easyhappystore

- Tonethiny

Dated: December 16, 2019.

                                            Respectfully submitted,
                                            THE SLADKUS LAW GROUP

                                            s/ Mark L. Seigel
                                            Mark L. Seigel
                                            Georgia Bar No. 634617
                                            Jeffrey B. Sladkus
                                            Georgia Bar No.  651220

>Jason H. Cooper
>Georgia Bar No. 778884
>1397 Carroll Drive
>Atlanta, Georgia 30318
>Telephone: (404) 252-0900
>Facsimile: (404) 252-0970
>E-mail: mark@sladlaw.com
>E-mail: jeff@sladlaw.com
>E-mail: jason@sladlaw.com
>***Attorneys for Plaintiff***

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **CCA AND B, LLC,** *Plaintiff,* vs. **BABEENI VIETNAM COMPANY LIMITED, et al,** *Defendants.* | Civil Action No. 1:19-cv-03859-JPB |

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing Notice of Voluntary Dismissal was served on counsel for the Defendant(s) by electronic means to the following email address(es) on December 16, 2019:

Bonnie Li - li@bonnielilaw.com

s/ Mark L. Seigel, Esq.