IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **YANMAR CO., LTD. and YANMAR AMERICA CORPORATION**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**BAOLULI HAPPY** *et al.*<br><br>*Defendants.* | Civil Action No. 1:19-cv-5331-TCB |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Plaintiff, prior to service of an Answer or a motion for summary judgment by the Defendant, and dismisses this action without prejudice against the following Defendant(s) pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i):

- UnbeatableSale.com

Dated: December 18, 2019.

                                      Respectfully submitted,
                                      THE SLADKUS LAW GROUP

                                      s/ Mark L. Seigel
                                      Mark L. Seigel
                                      Georgia Bar No. 634617
                                      Jeffrey B. Sladkus
                                      Georgia Bar No.  651220
                                      Jason H. Cooper
                                      Georgia Bar No. 778884

                                      1397 Carroll Drive
                                      Atlanta, Georgia 30318
                                      Telephone: (404) 252-0900
                                      Facsimile: (404) 252-0970
                                      E-mail: mark@sladlaw.com
                                      E-mail: jeff@sladlaw.com
                                      E-mail: jason@sladlaw.com
                                      ***Attorneys for Plaintiff***

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **CCA AND B, LLC,** *Plaintiff,* vs. **BABEENI VIETNAM COMPANY LIMITED, et al,** *Defendants.* | Civil Action No. 1:19-cv-03859-JPB |

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing Notice of Voluntary Dismissal was served on counsel for the Defendant(s) by electronic means to the following email address(es) on December 18, 2019:

Bonnie Li - li@bonnielilaw.com

s/ Mark L. Seigel, Esq.